NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**NIKE, INC.,**
*Appellant*

**v.**

**LULULEMON USA INC.,**
*Appellee*

_____

2026-1275

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00460.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                        NIKE, INC. V. LULULEMON USA INC.

(2)  Each side shall bear their own costs.


                                                    FOR THE COURT


May 5, 2026                                          Jarrett B. Perlow
     Date                                           Clerk of Court


**ISSUED AS A MANDATE:** May 5, 2026